IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BENJAMIN COUGER,**

      **Plaintiff,**

      vs.                                                                                    CIV. NO. 1:23-0605-DLM

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

## JUDGMENT

      The Court having granted Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 16), IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff Benjamin Couger under Federal Rule of Civil Procedure 58 and this matter is hereby remanded to the Commissioner for further proceedings consistent with the Court's Order entered on September 19, 2023 (Doc. 16).

                                                                      _____
                                                                      DAMIAN L. MARTINEZ
                                                                    UNITED STATES MAGISTRATE JUDGE